IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                                  No. 16 CR 2376 WJ

Tom Begaye,

        Defendant.

## NOTICE OF NON-AVAILABILITY

    Tom Begaye, Defendant, by and through the undersigned appointed counsel, James C. Loonam, Assistant Federal Public Defender, provides notice to the Court and all parties of the unavailability of the undersigned counsel for court appearances from Tuesday, November 1, 2016 through Monday, November 14, 2016.  Counsel respectfully requests that hearings or other court proceedings not be scheduled for these dates.

| | |
|---|---|
| I HEREBY CERTIFY THAT on October 12, 2016, I filed the foregoing electronically through the CM/ECF system, which caused the AUSA in this case to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. | Respectfully submitted,<br><br>FEDERAL PUBLIC DEFENDER<br>111 Lomas NW, Suite 501<br>Albuquerque, NM 87102<br>(505) 346-2489 |
|    /s/  James C. Loonam | /s/ electronically filed on 10/12/16<br>James C. Loonam, AFPD<br>Attorney for Defendant |