# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## <u>Clerk's Minutes</u>

**<u>Before the Honorable William P. Johnson</u>**

**<u>Case No.:</u>** CR 16-2376 WJ          **<u>Date:</u>** October 31, 2016

**<u>Parties:</u>** USA v. Tom Begaye Jr.

**<u>Courtroom Clerk:</u>** R. Garcia          **<u>Court Reporter:</u>**  M. Loughran

**<u>Interpreter:</u>** N/A

**<u>Type of Proceeding:</u>**  Status/Scheduling Conference

**<u>Place of Court:</u>**  Albuquerque

**<u>Total time in Court:</u>**  10 minutes

**<u>Evidentiary Hearing:</u>**  No

**<u>Attorneys Present for Plaintiff(s):</u>**          **<u>Attorneys Present for Defendant(s):</u>**

  Niki Tapia-Brito                                James C Loonam

**<u>Proceedings:</u>**

1:30     Court in session; counsel enter appearances; Defendant not present.

          Ms. Brito notes the Government has filed a sealed motion for further evaluation.

          Mr. Loonam has spoken to his client and he has no opposition to the motion.

          The Court directs the Government to prepare an order and run it by Mr. Loonam to approve as to form and

          then forward it to the Court.

          The Court notes any order finding Defendant competent or incompetent will be of public record, but alerts

          counsel to privacy rights of the Defendant with regard to any specific findings by evaluators; counsel

          acknowledge the issue and will be prepared to address it if it becomes necessary.

1:38     Ms. Brito requests a bench conference; Court conducts bench conference with parties.

1:40     Court in recess.