IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                          CR 16 CR 02376 WJ

TOM BEGAYE,

        Defendant.

## ORDER ADOPTING FINDING OF COMPETENCY

On November 2, 2016 this Court, upon Unopposed Motion by Government, ordered that Defendant, Mr. Tom Begaye Jr. be committed to the custody of the Attorney General for the purpose of being evaluated to determine if he is competent to stand trial in this matter pursuant to 18 U.S.C. §4241 *et seq.*.  Dr. Robert Johnson conducted the ordered evaluation of Mr. Begaye at the BOP Federal Medical Center in Fort Worth Texas.  On December 29, 2016 Dr. Johnson presented the Court with the results of his evaluation. ECF Doc 35. Dr. Johnson found that with proper medication Mr. Begaye is competent to stand trial.

THIS MATTER having come before the Court and the Court being fully aware of the circumstances including that both the Defendant and the Government have no objection to Dr. Johnson's finding.

IT IS HEREBY ORDERED THAT:

1. The Court adopts the finding of Mr. Tom Begaye Jr. being competent to stand trial in this matter as contained in Dr. Johnson's report of December 29, 2016.

 

_____
Honorable William P. Johnson
Chief United States District Judge

Submitted by:
James C. Loonam, AFPD
Devon Fooks, AFPD
Attorney for Defendant

Approved by:
Niki Tapia-Brito, AUSA
Jennifer Rozzoni, AUSA
Attorneys for Plaintiff